```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
RONG HANG CHEN,                          :
                          Plaintiff,     :
                                         :
             -v-                         :    09 Civ. 6511 (DLC)
                                         :
JANET NAPOLITANO, et al.,                :         ORDER
                          Defendants.    :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09
```

DENISE COTE, District Judge:

On July 24, 2009, the plaintiff in the above-captioned matter filed a motion seeking a stay of removal pending the adjudication of his complaint. It is hereby

ORDERED that defendants' opposition to the motion shall be due by **August 7, 2009**. Any reply shall be due by **August 14, 2009.**

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, New York
         July 29, 2009

_____
DENISE COTE
United States District Judge